KAJAL N. ISLAM, Esq. SBN 238589
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Telephone: (949)720-9200
Facsimile:   (949)608-0131
Attorneys for Plaintiff
GMAC MORTGAGE, LLC FKA
GMAC MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>NICOLETTE BRUCE, MARK A BRUCE, and Does 1 through 10, inclusive<br><br>Defendants. | CASE NO. 2:10-cv-00948-GEB-KJN<br><br>The Honorable Kendall J. Newman<br><br>**~~PROPOSED~~ ORDER FOR PLAINTIFF'S ATTORNEY, KAJAL N. ISLAM'S REQUEST TO APPEAR AT THE MOTION TO REMAND HEARING BY TELEPHONIC APPERANCE ON AUGUST 12, 2010**<br><br>Date: August 12, 2010<br>Time: 10:00 a.m.<br>Court Room: 25 |

IT IS HEREBY ORDERED that the request of plaintiff's counsel, Kajal N. Islam, to appear by telephonic appearance at the hearing on plaintiff's Motion for Remand, presently set for August 12, 2010, is granted.  Plaintiff's counsel shall provide the court with a hard-line or land-line telephone number at which counsel may be reached at the time of the hearing.

DATED: August 3, 2010

/s/ Kendall J. Newman<br>
KENDALL J. NEWMAN<br>
UNITED STATES MAGISTRATE JUDGE

721-7965                                                    1

PROPOSED ORDER FOR TELEPHONIC APPEARANCE REQUEST